■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN TERRANO, Appellant. [873 NYS2d 914]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Berkowitz, J.), rendered May 3, 2006, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that the prosecution did not disprove his justification defense by legally sufficient evidence (*see People v Hawkins*, 11 NY3d 484 [2008]; *People v Garguilio*, 57 AD3d 797 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to disprove the justification defense and establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's remaining contention is without merit. Fisher, J.P., Florio, Dickerson and Belen, JJ., concur.